**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRITTANY E. OCAMPO<br>ANDRES OCAMPO TORRES<br><br>**Plaintiffs**<br><br>v. | ) | Civil Action No.**1:26-cv-02589** |
| MARKWAYNE MULLIN, Secretary,<br>U.S. Department of Homeland Security | ) | NOTICE OF VOLUNTARY DISMISSAL |
| JOSEPH B. EDLOW, Director<br>U.S. Citizenship and Immigration Services, | ) | |
| MARK HANSEN, District Director<br>U.S. Citizenship and Immigration Services | ) | Hon. Judge Solomon Oliver, Jr. |
| TODD BLANCHE, Attorney General of the United States; | ) | |
| DAVID M. TOEPFER, U.S Attorney<br>for Northern District of Ohio<br><br>**Defendants** | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, the Plaintiffs hereby respectfully inform this honorable Court that they are voluntarily dismissing this action, without prejudice.

Further, the Fed. R Civ. P. 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an

action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment". Defendants have not served an answer or a motion for summary judgement in this action.

The Plaintiffs accordingly requests voluntary dismissal of this action, without prejudice. See Fed. R. Civ.P. 41(a)(1)(B).

Dated: November 5, 2026

Respectfully submitted,

IT IS SO ORDERED.
/s/ Solomon Oliver, Jr.
United States District Judge
11/5/2026

s/Margaret Wong _______
Maragret Wong, Esq.
Margaret W. Wong & Assoc. LLC
3150 Chester Ave.
Cleveland, Ohio 44114
P: 216-566-9908, F: 216 566-1125
E: court@imwong.com

**CERTIFICATE OF SERVICE**

I certify that on November 5, 2026, a true and correct copy of the foregoing notice of voluntary dismissal was served on the US Attorney for the Northern District of Ohio via CM/ECF.

Respectfully submitted,

s/Margaret Wong

Maragret Wong, Esq.
Margaret W. Wong & Assoc. LLC
3150 Chester Ave.
Cleveland, Ohio 44114
P: 216-566-9908, F: 216 566-1125
E: court@imwong.com